Anton N. Handal (Bar No. 113812)
anh@handal-law.com
Gabriel G. Hedrick (Bar No. 220649)
ghedrick@handal-law.com
Lauren G. Kane (Bar No. 286212)
lkane@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, CA 92101
Tel: (619) 544-6400
Fax: (619) 696-0323

Attorneys for Defendant
FINANCIAL RECOVERY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA VASQUEZ and FRANCISCO VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 8:17-cv-439<br><br>[Orange County Superior Court Case No. 37-2017-00902012-CL-NP-CJC]<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**[28 USC §1441(a) (FEDERAL QUESTION]** |

TO THE HONORABLE COURT, THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant FINANCIAL RECOVERY SERVICES, INC. ("Defendant"), by and through its undersigned counsel, hereby removes to this Court the state court action described below.

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-

*NOTICE OF REMOVAL*

## BACKGROUND

1. The case entitled *Yesenia Vasquez, et al. v. Financial Recovery Services, Inc.,* Orange County Superior Court Case No. 37-2017-00902012-CL-NP-CJC was initiated in the Superior Court of California - County of Orange on or about February 7, 2017 (the "Complaint").

2. The Complaint contains claims against Financial Recovery Services, Inc. ("Defendant") arising under federal law for alleged violations of the Fair Debt Collection Practices Act under 15 U.S.C. §1692, *et seq.*

3. On or about February 10, 2017, Defendant was served, and for the first time received, the Complaint and it has timely filed notice of removal within thirty days thereof pursuant to 28 U.S.C. §1446(b).

## GROUNDS FOR REMOVAL

1. This action is a civil action of which this Court has original Jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C §1441(a) in that the Complaint alleges a claim for violation of the Fair Debt Collection Practices Act under 15 U.S.C. §1692, *et seq.*, which arises under the laws of the United States.

2. To the extent the Complaint alleges statutory, state common law or other nonfederal claims, this Court has supplemental jurisdiction over those claims under 28 U.S.C. §1367 because they form part of the same case or controversy as the federal claim. The other claim is based on the same general set of allegations as the federal claim and forms a single case or controversy.

3. Removal of this action to this Court is proper as the action was commenced in Orange County Superior Court, located within this Court's jurisdiction.

4. A copy of all process, pleadings and orders received by Defendant are attached as **Exhibit A.**

///

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

*NOTICE OF REMOVAL*

## CONCLUSION

5. For the foregoing reasons, Defendant respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Central District of California, and that this Court assume jurisdiction.

WHEREFORE, Defendant gives notice that the above-described action pending against it in the Superior Court of California County of Orange is removed to this Court. Defendant will file a separate Notice of filing Notice of Removal in the state court.

HANDAL & ASSOCIATES

Dated: March 13, 2017        By:    */s/ Lauren G. Kane*
                                     Anton N. Handal
                                     Gabriel G. Hedrick
                                     Lauren G. Kane
                                     Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of March 2017 at San Diego, California.

*/s/ Lauren G. Kane*
Lauren G. Kane

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

*NOTICE OF REMOVAL*